IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | § § § | |
| Plaintiff, | § § | |
| v. | § § | CIVIL ACTION NO. H-11-1932 |
| DAVID GORDON WALLACE, JR., and COSTA BAJJALI, | § § § | |
| Defendants. | § | |

### ORDER TO CLOSE CASE

This case was concluded by two Agreed Final Judgments signed May 24, 2011 but, because the Court retained jurisdiction for purposes of enforcing the terms of the judgments, if necessary, the case file was not closed. It is therefore

ORDERED that this case file be CLOSED, with the understanding that if a party moves to enforce the foregoing Agreed Final Judgments, it should file a motion for such under this cause number and attach a copy of this Order thereto.

The Clerk will enter this Order, providing a correct copy to all parties of record.

SIGNED at Houston, Texas, on this 27TH day of August, 2013.

EWING WERLEIN, JR.
UNITED STATES DISTRICT JUDGE